IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-0771-RPM

YOLANDA LEE BACK and
KAITLIN ELISABETH LANGE,

        Plaintiffs,

v.

BRUCE'S BAR AND RESTAURANT, INC.,
a Colorado corporation, and
BRUCE E. RUTH,

        Defendants.

---

### ORDER SETTING SCHEDULING CONFERENCE

---

Pursuant to D.C.COLO.LCivR 16.2A and 29.1,  it is

ORDERED that a scheduling conference will be held on **September 8, 2005, at 3:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado.   Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at the Court's website at **www.co.uscourts.gov/judges-frame.htm** and use

the format provided with those instructions.  Proposed orders are to be sent to  Chambers E-mail address, **Matsch_Chambers@cod.uscourts.gov.**

Dated: July 15th, 2005

BY THE COURT:

s/Richard P. Matsch

---

Richard P. Matsch, Senior District Judge