IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-00771-RPM

YOLANDA LEE BACK and
KAITLIN ELISABETH LANGE,

        Plaintiffs,

v.

BRUCE'S BAR AND RESTAURANT, INC.,
a Colorado corporation, and
BRUCE E. RUTH,

        Defendants.

## ORDER DISMISSING BRUCE E. RUTH, INDIVIDUALLY

Pursuant to the Stipulation and Notice of Dismissal with Prejudice of Plaintiffs' Claims Against Bruce E. Ruth, Individually (Doc. #9), filed on January 11, 2006, it is

ORDERED that the complaint and action against defendant Bruce E. Ruth, individually, are dismissed with prejudice, each party to pay its own attorney's fees and costs.

Dated: January 11, 2006

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior District Judge