IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   05-CV-0771-RPM-BNB

YOLANDA LEE BACK and

KAITLIN ELISABETH LANGE

    Plaintiffs,

v.

BRUCE'S BAR AND RESTAURANT, INC.,
a Colorado Corporation,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 17 2006

GREG___

---

### ORDER OF DISMISSAL

Pursuant to the Stipulation to Dismiss signed by the parties to this action, it is ORDERED that the complaint and action are dismissed with prejudice, each party to bear its own costs and attorneys' fees.

Dated this 17th day of March, 2006.

BY THE COURT

Richard P. Matsch, Senior District Judge

1